

Boston MA + Providence RI +
New York NY + Philadelphia PA +
Milford CT + Red Bank NJ

**VIA ECF**

June 5, 2026

Hon. Jeannette A. Vargas, U.S.D.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:   Katy Lyons v. Macy's, Inc.; Civil Action No.: 1:26-CV-00354 (JAV)
> <u>Letter-Motion by Defendant Macy's, Inc.</u>

Dear Judge Vargas:

I represent Defendant, Macy's Retail Holdings, LLC, (improperly named as "Macy's, Inc.) (hereinafter "Defendant") in this matter and respectfully submit this letter-motion in accordance with Your Honor's Individual Rules & Practice.

I acknowledge that the ECF system sent an email notification at approximately 3:42 pm on Friday, May 22 to all parties that the Plaintiff filed Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration ECF Doc 25. I first saw the ECF email that evening as I was traveling to Baltimore, Maryland for a family member's wedding. The wedding activity started Saturday morning and went through Monday. Although my legal assistant also received the e-notification when she returned to work Tuesday, my firm, for which I am accountable, failed to docket the Defendant's Reply papers deadline of Friday May 29th. For this reason, Defendant's counsel respectfully requests your Honor permit Macy's to file its reply papers on June 15, 2026. I have communicated with counsel for Plaintiff who consents to this letter motion seeking leave for Defendant to file reply motion papers on Monday, June 15th.

As your Honor may be aware if the Court has preliminary reviewed the Defendant's motion papers as well as the Plaintiff's opposition papers, the principal major issue in dispute on the Defendant's motion is whether the Ending Forced Arbitrations Amendments to the Federal Arbitration Act require that Macy's motion to compel arbitration be denied. I respectfully suggest the Court's consideration of that issue would benefit from Macy's Reply Brief.

Barton Gilman LLP
331 Newman Springs Road
Building 1, 4th Floor, Suite 143       p 973 256 9000
Red Bank, NJ 07701                     f 973 256 9001



Boston MA + Providence RI +
New York NY + Philadelphia PA +
Milford CT + Red Bank NJ

For these reasons, Macy's respectfully requests that the Court provide Macy's with the opportunity to file its reply paper on Monday, June 15th. We thank the Court for its consideration of this request and for opposing counsel's professional courtesies.

Respectfully submitted,

BARTON GILMAN LLP
*Attorneys for Defendant, Macy's Inc. By*

By:  Steven Gerber

Cc:    Monica Hincken, Esq. (via ECF)
       Bennitta Joseph, Esq. (via ECF)
       *Attorneys for the Plaintiff*

Barton Gilman LLP
331 Newman Springs Road
Building 1, 4th Floor, Suite 143      p 973 256 9000
Red Bank, NJ 07701                    f 973 256 9001